

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | Judge Richard L. Speer |
| | ) | |
| Joseph Cook | ) | Case No. 00-30241 |
| Betty Cook | ) | |
| | ) | |
| DEBTORS | ) | Chapter 7 |

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

On application of NCO GROUP, claimant herein, for an Order directing payment of unclaimed funds held in the registry of the Court; the Court finds that the claimant has served notice upon the United States Attorney and the U.S. Trustee as required by 28 U.S.C. § 2041 et. seq. and/or local bankruptcy rules and directs that funds held in the registry of the Court pursuant to 11 U.S.C. § 347 for the benefit of the claimant in the amount of **$1494.28** be paid to the claimant (EIN# 23-1670927) at the address shown below.

NCO Group
507 Prudential Road
Horsham, PA 19044

EIN 23-1670927

Dated: 3/13/07

Richard L. Speer
**United States Bankruptcy Judge**