*#10115  #128930*

BRUCE COMLY FRENCH Bar No. 0005298
PO BOX 839
LIMA, OH 45802-0839
(419) 222-9134
(419) 222-9437
CHAPTER 7 BANKRUPTCY TRUSTEE

FILED
2010 OCT -1 AM 11: 47
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO

Western DIVISION

In re:

COOK, JOSEPH C.
COOK, BETTY M.

Debtor(s)

Case No. **00-30241**

Chapter 7

**TURNOVER OF UNCLAIMED DIVIDEND(S)**
[Bankruptcy Rule 3011]

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find submitted herewith check number 10115 in the amount of $378.76 representing the total amount of unclaimed dividend(s) in the above entitled estate. This amount is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 00010 | CLARENCE COOK<br>PO BOX 68<br>203 NORTH WAYNE ST.<br>HAVILAND, OH 45851-0068<br>411 U.S. COURTHOUSE, 1716 SPIELBUSCH AVENUE<br>TOLEDO, OH 43624 | $15,000.00 | 378.76 |

TOTAL CHECK AMOUNT: 378.76

Dated: September 29, 2010

BRUCE COMLY FRENCH, TRUSTEE