FORM 9 (Rev. 11/93)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western

FILED
2010 OCT 15 PM 3:09
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In the matter of:
COOK, JOSEPH C.
COOK, BETTY M.

Case No. 00-30241

Chapter 7

Judge RICHARD L. SPEER

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $94.33 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| NATIONAL CITY CARD SERVICE<br>PO BOX 500<br>PORTAGE, MI 49081-0500 | 000001 | 94.33 |