v# 10120    # 129074

FORM 9 (Rev. 11/93)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western

In the matter of:  
COOK, JOSEPH C.  
COOK, BETTY M.

Case No. 00-30241 S

Chapter 7

Judge RICHARD L. SPEER

FILED 2010 NOV 24 PM 3:10
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $190.67 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| THE FIRST NATIONAL BANK<br>C/O WACHOVIA BANK CARD SERVICES,<br>P.O. BOX 14009<br>ATLANTA, GA 30324 | 000008 | 190.67 |